✓ FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 0 3 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>1. Rochelle Renee Conlin, and (Counts 1–58),<br>2. Keymal Rucker, (Counts 2–59)<br>Defendants. | No. CR-21-08082-PCT-SMB (JZB)<br>**INDICTMENT**<br>VIO: 18 U.S.C. § 924(a)(1)(A) (False Statement During Purchase of a Firearm) Counts 1–58<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of Firearm) Count 59<br>18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about February 4, 2020, in the District of Arizona, Defendant ROCHELLE RENEE CONLIN, knowingly made false statements and representations to *Big D's Pawn and Loan*, located in Bullhead City, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Big D's Pawn and Loan*, in that she executed a Department of Justice, Bureau of Alcohol,

Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that she resided at an address in Bullhead City, Arizona, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 2 – 27**

Between on or about May 27, 2019 and March 12, 2020, in the District of Arizona, Defendants ROCHELLE RENEE CONLIN and KEYMAL RUCKER, on one to twenty-six occasions, knowingly made false statements and representations to *Mr. Pawn*, located in Bullhead City, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Mr. Pawn*, in that ROCHELLE RENEE CONLIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating: (1) that ROCHELLE RENEE CONLIN resided at an address in Bullhead City, Arizona, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she resided at a different address; and (2) that ROCHELLE RENEE CONLIN was the actual transferee or buyer of the firearms listed in each count below, and was not buying these firearms on behalf of another person, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she was buying the firearms on behalf of KEYMAL RUCKER:

| **Count** | **Number of Firearms** | **Purchase Date** |
|---|---|---|
| **2** | 4 | 5/27/2019 |
| **3** | 1 | 6/16/2019 |
| **4** | 2 | 6/28/2019 |
| **5** | 1 | 7/2/2019 |
| **6** | 1 | 7/22/2019 |
| **7** | 1 | 9/25/2019 |
| **8** | 1 | 10/6/2019 |
| **9** | 2 | 11/8/2019 |
| **10** | 1 | 11/17/2019 |

| | | |
|---|---|---|
| **11** | 1 | 12/5/2019 |
| **12** | 1 | 12/12/2019 |
| **13** | 1 | 12/22/2019 |
| **14** | 2 | 1/7/2020 |
| **15** | 1 | 1/14/2020 |
| **16** | 2 | 1/26/2020 |
| **17** | 1 | 1/30/2020 |
| **18** | 3 | 1/31/2020 |
| **19** | 1 | 2/4/2020 |
| **20** | 1 | 2/6/2020 |
| **21** | 1 | 2/8/2020 |
| **22** | 3 | 2/13/2020 |
| **23** | 3 | 2/20/2020 |
| **24** | 4 | 2/27/2020 |
| **25** | 3 | 3/1/2020 |
| **26** | 1 | 3/8/2020 |
| **27** | 1 | 3/12/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 28 – 31**

Between on or about January 31, 2020 and July 27, 2020, in the District of Arizona, Defendants ROCHELLE RENEE CONLIN and KEYMAL RUCKER, on one to four occasions, knowingly made false statements and representations to *Mr. Pawn*, located in Lake Havasu City, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Mr. Pawn*, in that ROCHELLE RENEE CONLIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating: (1) that ROCHELLE RENEE CONLIN resided at an address in Bullhead City, Arizona, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she resided at a different address; and (2) that ROCHELLE RENEE CONLIN was the actual transferee or buyer of the firearms listed in each count below, and was not buying these firearms on behalf of another person, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she was buying the firearms on behalf of KEYMAL RUCKER:

| Count | Number of Firearms | Purchase Date |
|---|---|---|
| 28 | 1 | 1/31/2020 |
| 29 | 1 | 2/8/2020 |
| 30 | 2 | 2/27/2020 |
| 31 | 1 | 7/27/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 32 – 33**

Between on or about January 26, 2020 and February 27, 2020, in the District of Defendants ROCHELLE RENEE CONLIN and KEYMAL RUCKER, on one to twenty-two occasions, knowingly made false statements and representations to *Havasu Guns*, located in Lake Havasu City, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Havasu Guns*, in that ROCHELLE RENEE CONLIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating: (1) that ROCHELLE RENEE CONLIN resided at an address in Bullhead City, Arizona, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she resided at a different address; and (2) that ROCHELLE RENEE CONLIN was the actual transferee or buyer of the firearms listed in each count below, and was not buying these firearms on behalf of another person, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she was buying the firearms on behalf of KEYMAL RUCKER:

| Count | Number of Firearms | Purchase Date |
|---|---|---|
| 32 | 1 | 1/26/2020 |
| 33 | 2 | 2/27/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 34 - 36**

Between on or about February 4, 2020 and March 21, 2020, in the District of Defendants ROCHELLE RENEE CONLIN and KEYMAL RUCKER, on one to three

occasions, knowingly made false statements and representations to *Big D's Pawn and Loan*, located in Bullhead City, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Big D's Pawn and Loan*, in that CONLIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating: (1) that ROCHELLE RENEE CONLIN resided at an address in Bullhead City, Arizona, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she resided at a different address; and (2) that ROCHELLE RENEE CONLIN was the actual transferee or buyer of the firearms listed in each count below, and was not buying these firearms on behalf of another person, whereas in truth and fact, CONLIN knew that she was buying the firearms on behalf of KEYMAL RUCKER:

| **Count** | **Number of Firearms** | **Purchase Date** |
|---|---|---|
| **34** | 1 | 2/4/2020 |
| **35** | 1 | 3/5/2020 |
| **36** | 2 | 3/21/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 37 – 43**

Between on or about May 25, 2019 and March 17, 2020, in the District of Arizona, Defendants ROCHELLE RENEE CONLIN and KEYMAL RUCKER, on one to seven occasions, knowingly made false statements and representations to *M & M Sales, LLC*, located in Bullhead City, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *M & M Sales, LLC*, in that ROCHELLE RENEE CONLIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating: (1) that ROCHELLE RENEE CONLIN resided at an

address in Bullhead City, Arizona, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she resided at a different address; and (2) that ROCHELLE RENEE CONLIN was the actual transferee or buyer of the firearms listed in each count below, and was not buying these firearms on behalf of another person, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she was buying the firearms on behalf of KEYMAL RUCKER:

| Count | Number of Firearms | Purchase Date |
|---|---|---|
| 37 | 1 | 5/25/2019 |
| 38 | 2 | 6/2/2019 |
| 39 | 1 | 11/13/2019 |
| 40 | 1 | 12/12/2019 |
| 41 | 2 | 3/3/2020 |
| 42 | 1 | 3/15/2020 |
| 43 | 2 | 3/17/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 44 – 46**

Between on or about March 28, 2020 and April 4, 2020, in the District of Arizona, Defendants ROCHELLE RENEE CONLIN and KEYMAL RUCKER, on one to three occasions, knowingly made false statements and representations to *Pawn Plus*, located in Bullhead City, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Pawn Plus*, in that ROCHELLE RENEE CONLIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating: (1) that ROCHELLE RENEE CONLIN resided at an address in Bullhead City, Arizona, whereas in truth and fact, CONLIN knew that she resided at a different address; and (2) that ROCHELLE RENEE CONLIN was the actual transferee or buyer of the firearms listed in each count below, and was not buying these firearms on behalf of

another person, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she was buying the firearms on behalf of KEYMAL RUCKER:

| Count | Number of Firearms | Purchase Date |
|---|---|---|
| **44** | 2 | 3/28/2020 |
| **45** | 3 | 3/30/2020 |
| **46** | 2 | 4/4/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 47 – 50**

Between on or about March 19, 2020 and March 31, 2020, in the District of Arizona, Defendants ROCHELLE RENEE CONLIN and KEYMAL RUCKER, on one to four occasions, knowingly made false statements and representations to *Pawn Plus*, located in Fort Mohave, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Pawn Plus*, in that ROCHELLE RENEE CONLIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating: (1) that ROCHELLE RENEE CONLIN resided at an address in Bullhead City, Arizona, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she resided at a different address; and (2) that ROCHELLE RENEE CONLIN was the actual transferee or buyer of the firearms listed in each count below, and was not buying these firearms on behalf of another person, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she was buying the firearms on behalf of KEYMAL RUCKER:

| Count | Number of Firearms | Purchase Date |
|---|---|---|
| **47** | 2 | 3/19/2020 |
| **48** | 2 | 3/26/2020 |
| **49** | 1 | 3/28/2020 |
| **50** | 3 | 3/31/2020 |

In violation of Title 18, United States Code, Sections 2(a) and 924(a)(1)(A).

**COUNTS 51 – 56**

Between on or about March 2, 2020 and April 16, 2020, in the District of Arizona, Defendants ROCHELLE RENEE CONLIN and KEYMAL RUCKER, on one to six occasions, knowingly made false statements and representations to *High Desert Heat*, located in Fort Mohave, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *High Desert Heat*, in that ROCHELLE RENEE CONLIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating: (1) that ROCHELLE RENEE CONLIN resided at an address in Bullhead City, Arizona, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she resided at a different address; and (2) that ROCHELLE RENEE CONLIN was the actual transferee or buyer of the firearms listed in each count below, and was not buying these firearms on behalf of another person, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she was buying the firearms on behalf of KEYMAL RUCKER:

| Count | Number of Firearms | Purchase Date |
|---|---|---|
| 51 | 1 | 3/2/2020 |
| 52 | 2 | 3/17/2020 |
| 53 | 3 | 3/19/2020 |
| 54 | 4 | 3/21/2020 |
| 55 | 3 | 4/1/2020 |
| 56 | 3 | 4/16/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 57**

On or about April 7, 2020, in the District of Arizona, Defendants ROCHELLE RENEE CONLIN and KEYMAL RUCKER, knowingly made false statements and

representations to *Gollath Industries*, located in Mohave Valley, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Gollath Industries*, in that ROCHELLE RENEE CONLIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that (1) she resided at an address in Bullhead City, Arizona, whereas in truth and fact, she knew that she resided at a stating: (1) that ROCHELLE RENEE CONLIN resided at an address in Bullhead City, Arizona, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she resided at a different address; and (2) that ROCHELLE RENEE CONLIN was the actual transferee or buyer of two firearms, and was not buying these firearms on behalf of another person, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she was buying the firearms on behalf of KEYMAL RUCKER.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 58**

On or about April 7, 2020, in the District of Arizona, Defendants ROCHELLE RENEE CONLIN and KEYMAL RUCKER knowingly made false statements and representations to *NP Guns*, located in Fort Mohave, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *NP Guns*, in that ROCHELLE RENEE CONLIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating: (1) that ROCHELLE RENEE CONLIN resided at an address in Bullhead City, Arizona, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she resided at a different address; and (2) that ROCHELLE RENEE CONLIN was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, ROCHELLE RENEE CONLIN knew that she

was buying the firearms on behalf of KEYMAL RUCKER.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 59**

On or about March 10, 2020, in the District of Arizona, the defendant, KEYMAL RUCKER, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Century Arms, Mini Draco Pistol, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 59 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 59 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said

defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: August 3, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/
COLEEN SCHOCH
Assistant U.S. Attorney