# Exhibit 1

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: CONLIN, Rochelle | Investigation Number: 785140-20-0039 | Report Number: 2 |
|---|---|---|

**SUMMARY OF EVENT:**

ATF SA's made contact with Mr. Pawn in Bullhead City, AZ.

**NARRATIVE:**

1. On March 15, 2020, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Tiffany Menotti spoke with employees of Mr. Pawn a Federal Firearms Licensee (FFL) in Bullhead City, AZ. SA Menotti contacted Mr. Pawn in reference to multiple purchases made by Rochelle Renee CONLIN (W/F, DOB: [redacted] 1987). Mr. Pawn advised SA Menotti CONLIN had been purchasing firearms from them since May of 2019.

2. SA Menotti inquired if they remembered anything important about CONLIN's purchases. They advised CONLIN usually had a black male with her. Mr. Pawn explained CONLIN had purchased several Mini Draco firearms in cash, which seemed odd to the FFL.

3. Mr. Pawn also advised approximately one week ago (3/8/2020) CONLIN contacted Mr. Pawn and advised she would be coming in to purchase an additional Mini Draco firearm. When CONLIN arrived in the store, she was again accompanied by the same unknown black male (possibly Christian Unknown Last Name). The male purchased a Black Hawk holster and some video games with a "wad" of cash and CONLIN purchased the Mini Draco firearm with cash and separately purchased some games on her credit card.

4. Mr. Pawn employees advised they had asked CONLIN if she was interested in ordering another Mini Draco from them and the male answered "no" for CONLIN. Mr. Pawn employees advised they observed CONLIN and the male exit the store and walk to separate vehicles. CONLIN appeared to bring the firearm to her vehicle and leave with it. CONLIN was driving a Red Ford Taurus with an Arizona License plate CVL0440 or CJV4044.

5. Mr. Pawn further advised that on 3/10/2020 CONLIN and the unknown male returned to Mr. Pawn to purchase another Mini Draco firearm. On this occasion, CONLIN again paid in cash and Mr. Pawn advised that as soon as CONLIN and the unknown male exited the store, CONLIN handed the firearm to the male. Mr. Pawn employees watched the unknown male get into a White or Silver Dodge Charger bearing CA tag 8KQU040. Mr. Pawn advised based on their observations, they flagged CONLIN as a person the FFL would no longer sell

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Tiffany L. Menotti | Special Agent, Flagstaff Field Office | [signature] | 03/18/2020 |
| Authorized by: Fletcher Ogg | Title: Acting Resident Agent in Charge, Flagstaff Field Office | Signature: [signature] | Date: 3/18/2020 |
| Second level reviewer (optional): Augustine Lugo Jr | Title: Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

firearms.

6. Mr. Pawn advised, on 3/15/2020, CONLIN and the unknown male returned to Mr. Pawn and attempted to purchase another firearm. CONLIN was informed that she could no longer purchase firearms at any Mr. Pawn store because she appeared to be straw-purchasing the firearms. Mr. Pawn explained that both CONLIN and the unknown male became upset about not being able to buy firearms. Both individuals left the store.

7. SA Menotti requested any available video from CONLIN's recent purchases. Mr. Pawn provided a phone number for CONLIN as [redacted]6957. SA Menotti received the 4473's from Mr. Pawn and observed that CONLIN had purchased 37 firearms since May 2019 from Mr. Pawn in Bullhead City.

8. A query of AZ tag CJV4044 provided by Mr. Pawn showed a red Ford returning to Rochelle CONLIN at 280 Santa Cruz Ave, Bullhead City, AZ 86442. SA Menotti noted CONLIN's 4473's were filled out for a different address located at 2535 McCormick Blvd, Bullhead City, AZ 86429.

9. The CA tag 8KQA040 returned to Jasmine Leshay McElroy at 45309 Sancroft Ave, Lancaster, CA 93535.

**ATTACHMENTS:**
- 4473's from Bullhead City Mr. Pawn
- CA tag 8KQA040
- AZ tag CJV4044