# Exhibit 4

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
| --- | --- | --- |
| CONLIN, Rochelle | 785140-20-0039 | 13 |

**SUMMARY OF EVENT:**

**Interview of RUCKER:** ATF Agents transported Keymal RUCKER from Laughlin, NV to Las Vegas, NV and back. RUCKER made multiple statements regarding the illegal possession of firearms and narcotics.

**NARRATIVE:**

1. On May 27, 2020, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Fletcher Ogg and SA Tiffany Menotti transported Keymal RUCKER to Las Vegas, NV after he had been arrested in Laughlin, NV.

2. RUCKER was taken into custody during a traffic stop made by Las Vegas Metropolitan Police Department (LVMPD) (refer to ROI 8 for further details). RUCKER was detained and transported to Metro Police Substation located at 101 Civic Way #3, Laughlin, NV, for an interview. SA Ogg met with SA Menotti at the Metro Police Substation to transport RUCKER to the Las Vegas, NV to book him into jail related to his Federal firearms charges.

3. RUCKER spoke to SA Ogg about many different topics during the transportation. The consensually recorded communications are summarized below, those summaries do not include references to all statements made by the speakers on the topics that are described. SA Ogg has reviewed the recordings to complete this report. For a full record of the events refer to the recordings, the following is a summarized account.

4. SA Ogg and SA Menotti entered the video and audio recorded interview room and met with RUCKER. SA Ogg secured RUCKER in restraints and placed him in SA Ogg's ATF issued vehicle. SA Menotti advised SA Ogg that RUCKER had been read his rights per Maranda and agreed to speak to law enforcement.

5. SA Ogg asked RUCKER about marijuana. RUCKER explained the difference between the different types of marijuana that was found on his person and in his residence. RUCKER confirmed that he had over 3 pounds of marijuana within his residence. RUCKER explained that he uses some marijuana for smoking and other marijuana to make edible THC. RUCKER advised that he uses marijuana to alter his state of mind to make music.

| Prepared by: | Title: | Signature: | Date: |
| --- | --- | --- | --- |
| Fletcher S. Ogg | Special Agent, Flagstaff Field Office | [signature] | 6/5/2020 |
| Authorized by: Rustin R. Wayas | Title: Resident Agent in Charge, Flagstaff Field Office | Signature: [signature] Digitally signed by RUSTIN WAYAS Date: 2020.06.05 15:42:34 -07'00' | Date: |
| Second level reviewer (optional): Gabriel R. Pinon | Title: Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

6. RUCKER advised SA Ogg that he did not like his supervisor (Residence Agent in Charge (RAC) Rustin Wayas). RUCKER felt that RAC Wayas was not listening to him. SA Ogg advised that he would talk to RUCKER if he wanted. RUCKER confirmed that he had 2 firearms. RUCKER also confirmed that he was a convicted felon and that he had been to prison for a residential burglary.

7. RUCKER asked what he was being charged with. SA Menotti explained that RUCKER was being charged with being a felon in possession of a firearm. SA Ogg clarified and reminded RUCKER that he just confirmed that he was a convicted felon and that he was in possession of two firearms. RUCKER agreed with SA Ogg and stated "that's fine". RUCKER asked why a felon in possession of a firearm was being charged in Federal court.

8. SA Ogg asked RUCKER what type of firearms he was in possession of. RUCKER explained that he was in possession of a Glock 40 and a Kimber .380 and that both firearms were loaded. RUCKER added that the Glock was loaded with a 30 round high capacity magazine and that the Kimber was loaded with a 5 round magazine. RUCKER advised that both firearms were purchased by an ex-girlfriend named Rochelle (Rochelle CONLIN) in Arizona. RUCKER believed that the Glock was purchased at Mr. Pawn, a Federal Firearms Licensed Dealer (FFL) in Bullhead City, AZ. RUCKER was not sure if CONLIN purchased the Kimber at Mr. Pawn or another FFL in Bullhead City, AZ named M and M sales.

9. RUCKER added that he also has a "Draco" (Roamarm, Mini Draco) at his residence. RUCKER advised CONLIN purchased the firearm at Mr. Pawn and gave it to him as a gift. RUCKER advised he wasn't sure if he was there when she purchased that specific Draco but he was present when CONLIN purchased a Draco from Mr. Pawn.

10. RUCKER explained that CONLIN purchased the firearms for RUCKER as a surprise present for his birthday because he had mentioned wanting to own these specific firearms.

11. SA Ogg advised RUCKER that both firearms had been manufactured outside of the State of Arizona and the State of Nevada and therefor effect interstate commerce. RUCKER explained that he obtained the firearms because of the pandemic.

12. SA Ogg asked about the Yellow "Fendi" box in the kitchen. RUCKER advised that the box contained "Molly" (MDMA) but he did not know how much was in the box. However, RUCKER advised that he purchased approximately 100 pills of MDMA for approximately $500 but he had a "get together" and they used most of them.

13. RUCKER confirmed that the box also contained a scale but explained the sale of Molly is not sold in weight. RUCKER explained that he uses the scale to ensure he is buying the proper amount of different drugs for himself, not to sell to others. RUCKER also described the effects of MDMA.

14. SA Ogg asked about the blue pills in the cabinet. RUCKER explained that they were "morphine" and he obtained them from his neighbor who has cancer. RUCKER explained he uses the morphine for pain in his arm.

15. SA Ogg asked about the psilocybin mushrooms that were in his kitchen. RUCKER explained that he picked them himself from "cow shit". RUCKER added that he and his wife used them the night prior.

16. When asked, RUCKER denied using the firearms in his residence to protect his drug trafficking crimes. RUCKER asked how ATF Agents were able to obtain a search warrant for his residence because ATF Agents didn't even know his name or that he was a convicted felon.

17. ATF Agents took RUCKER to the parking lot of the Las Vegas ATF Office. ATF Agents advised Assistant United States Attorney (AUSA) Lisa Cartier-Giroux that after the execution of a Federal search warrant, RUCKER was arrested for being a convicted felon in knowing possession of 3 firearms that effect interstate commerce and was in knowing possession of sale amounts of narcotics. AUSA Cartier-Giroux declined to bring the complaint in front of a Federal Judge.

18. ATF Agents were forced to transport RUCKER back to Laughlin, NV. ATF Agents removed RUCKER from all his restraints.

19. While on their way back to Laughlin, NV, RUCKER asked ATF Agents if they took "all my weed" (marijuana). SA Ogg confirmed that they did. RUCKER asked "even that little thing (small amount of marijuana) that was in my backpack?". SA Menotti clarified that RUCKER was referring to the bag (Louis Vuitton bag) that was found on the floorboard of the Dodge Charger (See ROI# 9 for additional details). RUCKER confirmed that he was referring to the same bag as the bag that belonged to him.

20. RUCKER asked SA Ogg if they had taken his Glock conversion kit. RUCKER explained that the Glock 40 was already accurate but it was more accurate inside the conversion kit. RUCKER added that he uses the extended magazine and the drum with the conversion kit. SA Ogg asked about the Roamarm, Mini Draco. RUCKER explained that the firearm is super accurate and if he could choose any firearm in the world, he would choose the Draco. RUCKER advised that he has shot a full 30 round magazine in the Draco and only missed the target 7 out of the 30 rounds he fired.

21. RUCKER asked if ATF Agents took all of his ammunition. SA Ogg advised RUCKER yes they took the ammunition. SA Ogg explained to RUCKER that he is a convicted felon and he cannot possess ammunition. RUCKER explained that he purchases ammunition all the time and that he has never been told he can't buy ammunition.

22. ATF Agents took RUCKER back to his residence and dropped him off in front of apartment building # 10 without incident.

23. The recorded communications were downloaded and entered into ATF evidence as Item #57.

**<u>ATTACHMENTS:</u>**

- Recordings of interview