# Exhibit 5

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: CONLIN, Rochelle | Investigation Number: 785140-20-0039 | Report Number: 16 |
|---|---|---|

**SUMMARY OF EVENT:**

ATF interviewed Arthur Gonzales in Bullhead City, AZ.

**NARRATIVE:**

1. On June 10, 2020, ATF Resident Agent in Charge (RAC) Rustin Wayas and Special Agent (SA) Ben Excell interviewed Arthur Gonzales (AKA: Bear) (DOB: [redacted]72, SSN: [redacted]) in reference to his relationship to Rochelle CONLIN. The interview took place at CONLIN's residence located at [redacted] in Bullhead City, AZ. RAC Wayas recorded the interview using an MP3 digital recorder. Refer to the recording for a full account of what was said. The following is a summary of some of what was said.

2. Gonzales confirmed that he did know CONLIN, but "not personally". He met her at Mr. Pawn, where he worked. She came in three or four times when he was there working. Gonzales also saw her once or twice at a bar but they never hung out. He tried "hooking up with her once," but that was unsuccessful. The never dated, were never intimate, or were never even friends.

3. When asked if there would be anything from him on CONLIN's phone, Gonzales said he said there might be one conversation when she was going out of town and he offered to go with her. Gonzales never had CONLIN purchase or give him any firearms, "not even one." Gonzales has never gone shooting with CONLIN.

4. When asked if he knew CONLIN's boyfriend, Keymal RUCKER, Gonzales stated he had seen him with CONLIN in the pawn shop. CONLIN didn't have any other kind of relationship with RUCKER.

5. Gonzales stated he understood gun laws and had a carrying a concealed weapon (CCW) permit. He said he would never do anything illegal with firearms. Gonzales explained that he had been trained by ATF in the past and worked with law enforcement in California when he was with the National Guard there.

6. Gonzales provided RAC Wayas with his cell phone number, [redacted].

| | Title: | Signature: | Date: |
|---|---|---|---|
| Prepared by: Rustin R. Wayas | Resident Agent in Charge, Flagstaff Field Office | Digitally signed by RUSTIN WAYAS Date: 2020.06.17 12:00:23 -07'00' | |
| Authorized by: Rustin R. Wayas | Resident Agent in Charge, Flagstaff Field Office | Digitally signed by RUSTIN WAYAS Date: 2020.06.17 12:00:49 -07'00' | |
| Second level reviewer (optional): Gabriel R. Pinon | Special Agent in Charge, Phoenix Field Division | | |

NOTE: Gonzales was wearing a black T-shirt with "ARIZONA" printed in green on the front and "support Vagos" in green on the back. This T-shirt confirmed Gonzales is associated with the Vagos outlaw motorcycle gang.