# Exhibit 6

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: CONLIN, Rochelle | Investigation Number: 785140-20-0039 | Report Number: 18 |
|---|---|---|

**SUMMARY OF EVENT:**

**Examination of data from download of CONLIN's phone:** Search of Rochelle CONLIN's phone download obtained pursuant to consent by CONLIN. Several digital items of evidentiary value were located within the records.

**NARRATIVE:**

1. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (SA) interviewed Rochelle CONLIN (W/F, DOB:[redacted]1987) at her residence located at 276 Santa Cruz Ave, Bullhead City, AZ. A Federal search warrant was also served at the residence (ROI 5).

2. During the interview, SA Menotti asked CONLIN if she would provide consent for the Agents to extract the data contents of her phone (phone number [redacted]6957). CONLIN provided consent (refer to ROI 4 for further details). The phone data was extracted on May 20, 2020, at Bullhead City Police Department by Detective Tom Canfield.

3. Also during the interview, CONLIN advised Agents she had been purchasing the firearms for her ex-boyfriend "Christian Kashus Milz." CONLIN provided a date of birth for MILZ as [redacted]1989 and the following phone numbers [redacted]1123 and [redacted]9669. MILZ was later identified as Keymal RUCKER (B/M, DOB: [redacted]1991) (Refer to ROI 6).

4. On August 11, 2020, SA Menotti completed a review of thousands of pages of data located from the phone extraction. The phone data contained various items of evidentiary value to include photos, contacts, and messages.

5. SA Menotti observed in CONLIN's calendar the date 5/9/2019 stored as "First date with Christian." SA Menotti noted that CONLIN's first firearm purchase was after she met RUCKER on 5/25/2019 at M&M Sales, a Federal Firearms Licensee (FFL) located in Bullhead City, AZ (located at Calendar item number 160, on page 10,007).

| Prepared by: Tiffany L. Menotti | Title: Special Agent, Flagstaff Field Office | Signature: | Date: 8/18/2020 |
|---|---|---|---|
| Authorized by: Rustin R. Wayas | Title: Resident Agent in Charge, Flagstaff Field Office | Digitally signed by RUSTIN WAYAS Date: 2020.08.18 10:10:40 -07'00' | Date: |
| Second level reviewer (optional): Gabriel R. Pinon | Title: Special Agent in Charge, Phoenix Field Division | Signature: | Date: |



ATF EF 3120.2 (10-2004)
For Official Use Only

6. SA Menotti observed CONLIN had phone number [redacted]1123 stored in her phone as "Christian", phone number [redacted]9669 stored as "Christian Other Phone", and [redacted]3402 stored as "My Love". There were multiple calls through Facetime between CONLIN and RUCKER. The last contact was on 4/16/2020. CONLIN attempted to contact RUCKER through 4/21/2020 but the calls and messages were not answered.

7. Under the "Chats" section, specifically Facebook Messenger (chat number 12 between CONLIN and "James Nevil"), SA Menotti observed during the conversation with Nevil, CONLIN was telling Nevil that she was not interested in a relationship of any kind because, "I just got fucked over tremendously by this asshole who took over $700 from me and is now selling guns that are in my name." CONLIN further explained that she "might have to leave the state" and that "I am reporting all of these things and it is going to be a big deal" (dated 5/14/2020 2:44PM, Page 10150). SA Menotti recalled CONLIN's initial story about RUCKER "stealing" the firearms from her (refer to ROI 4).

8. During the interviews with RUCKER, he advised CONLIN may have been getting the firearms for "Bear" (later identified as Arthur Gonzales). GONZALES was interviewed (ROI 16). SA Menotti observed the only contact between CONLIN and GONZALES was located under the "Chats" section, specifically Facebook Messenger (chat number 45 between CONLIN and "Bear Arthur Gonzales"). No discussion of firearms appeared during the chat (Chat dates 3/18/2020 10:26 PM through 5/17/2020 7:43PM, pages 10507-10512)

9. The following is a list of references to firearms and shooting between CONLIN and various persons (Except RUCKER).

   - Facebook Messenger chat number 104 between CONLIN and "Patricia Dollar." During a conversation about the coronavirus, CONLIN advised Dollar, "Lol well y'all would be are I think Christian and I have about 60 guns." (dated 3/25/2020 5:14 AM, page 11304)

   - Facebook Messenger chat number 133 between CONLIN and "Jennifer Hiner."
     CONLIN and Hiner discuss purchasing firearms and possibly going shooting from pages 11451-11455 on 3/28/2020 to 3/29/2020.

   - Facebook Messenger chat number 150 between CONLIN and "Heather Davis." During a conversation about the coronavirus, CONLIN advised Davis, "Exactly what my guy said that's why he wants me home with the kids and we have PLENTY of ammo and guns" (dated 3/31/2020 4:55 AM, page 11633).

   - Imessage chat number 15 between CONLIN and t4iger@icloud.com labeled "Micky Mouse". On 3/13/2020 5:26 PM, t4iger@icloud.com asks if CONLIN will purchase them a firearm, CONLIN says no. (Page 13032).

     - On 3/29/2020, CONLIN references going shooting with her kids to t4iger@icloud.com (pages 13100-13101)

- Imessage chat number 20 between CONLIN and Sprint customer service. On 4/21/2020, CONLIN reports "My 928" phone as stolen with Sprint. Based on the interview with CONLIN SA Menotti is aware that CONLIN added an additional line [redacted] 1123) to her phone plan and provide the phone to RUCKER for his use.

10. The following is IMessage chat number 54 between CONLIN and RUCKER AKA Christian from 5/31/2019 to 5/17/2020. SA Menotti observed several message exchanges related to firearms and illegal narcotics. The following documents some of the message exchanges. For a full accounting of the complete posts and comments refer to the phone extraction.

    - Throughout the conversation with CONLIN, RUCKER referred to "making drops" and "runs" in cities in Nevada, California, and Arizona. SA Menotti is familiar with this terminology being commonly used by drug dealers and firearm traffickers to refer to the selling and trafficking of illegal drugs and guns.

        - On 5/31/2019 at 8:29 PM, RUCKER messaged, "I'm making a drop in Vegas right now I'll call on my way back we can chill for sure". (page 15098)
        - On 6/5/2019 at 9:05 PM, RUCKER messaged, "I'm headed to king man right now to make a drop my dinner date flaked". (page 15153)
        - On 6/8/2019 at 7:19 PM, RUCKER messaged, "Awww I'm in Vegas right now love but we. An look around tomorrow if your not busy". (page 31423)
        - On 6/10/2019 at 7:52 PM, RUCKER messaged, "lol ahhh I'm making a run really quick love I'm sorry". (page 15182)
        - On 6/14/2019 at 3:17 PM, RUCKER messaged, "I was making a drop why was up". (page 15216)
        - On 6/15/2019 at 12:09 AM, RUCKER messaged "on my way back from searchlight" CONLIN replied "Baby please stop saying sorry" and "These are your work hours". (page 15227)
        - On 6/24/2019, RUCKER advised CONLIN he was going to Vegas. CONLIN said "you are always on the move lol". RUCKER later told CONLIN he did not go to Vegas for fun (on 6/25/2019). (pages 15276-15284)
        - On 7/10/2019, RUCKER advised CONLIN, "Hey how's work love sorry about yesterday I had to go to Cali for some stuff". (page 15365)
        - On 7/26/2019 at 11:25 PM, RUCKER advised, "Yea I'm in Vegas Running around how's your day love". (page 15460)
        - On 7/28/2019 at 12:07 AM, RUCKER advised, "I'm makeing a couple more drops love what did u have in mind". (page 15466)
        - On 8/4/2019 at 4:50 PM, RUCKER advised, "Just washed my car making a couple of drops". (page 15548)
        - On 8/14/2019 at 11:58 PM, CONLIN asked if she could see RUCKER and he replied "I'm on my way to drop something in fort right now love." CONLIN asked if she could go with and RUCKER replied, "Lol no on the come with me u don't do bad stuff". (page 15606)
        - On 8/24/2019 at 12:16 PM, RUCKER advised, "I been up love I'm dropping something in bullhead wanna meet somewhere". (page 15776)

- On 8/25/2019 at 2:59 PM, RUCKER advised, "I'm dropping something off in kingman right now lovely". (page 15830)
- On 8/29/2019 at 12:00 PM, RUCKER said, "I'm sorry love I was headed back from kingman". (page 15903)
- On 8/31/2019 at 1:07 PM, RUCKER advised, "I'm in Vegas right now taken care of some stuff". (page15934)
- On 9/8/2019 at 12:14 AM, RUCKER advised, "Okay I'm maken a couple runs love then ill swing by". (page 16055)
- On 9/8/2019 at 4:52 AM, RUCKER advised, "Okay love sorry I was in fort taking care of some stuff". (page 16071)
- On 9/13/2019 at 12:28 PM, RUCKER explained, "And I'm just chilling right now gonna go to havasu a little later". (page 16088)
- On 9/22/2019 at 5:35 PM, RUCKER advised, "Yea I'm in Cali right now". (page 16125)
- On 10/6/2019 at 8:19 PM, RUCKER advised, "Lol your so mean and I'm coming back from kingman right now". (page 16263)
- On 2/11/2020 at 3:59 PM, RUCKER messaged, "I had to run to Vegas real quick love". (page 16437)
- On 3/1/2020 at 4:16 PM, RUCKER messaged, "No problem love makin a couple drops then we can meet up". (page 16530)
- On 3/14/2020 at 8:27 PM, RUCKER messaged, "Okay I'm dropping something in havasu then I'll drop off the money is that okay". (page 16607)
- On 3/21/2020 at 1:05 PM, RUCKER messaged, "I'm making a drop right now in fort". CONLIN told RUCKER to be careful and RUCKER replied, "Okay love just dropping some bud off". (page16667)
- On 4/3/2020 at 12:01 AM, RUCKER advised, "It's goin good love makin drops smoking nothing to much". (page 16739)

- CONLIN appeared to ask RUCKER to supply CONLIN or her associates with various forms of illegal narcotics.

    - On 6/9/2019, CONLIN asked for "60" for her girl. (Page 15177)
    - On 6/10/2019, CONLIN advised she needed to get her girl "turnt lol she goes up and smokes weed". (page 15189)
    - On 6/11/2019, CONLIN advised she was "grabbing 60" RUCKER advised he was "here".
    - On 6/14/2019, CONLIN messaged, "Hey babe my niece wants to know if you have carts? I don't know what they hell that is". RUCKER replied, "Naw I don't right now I only have 1." RUCKER then explained that "carts" referred to "weed oil". (page 15220-15221)
    - On 6/14/2019, CONLIN messaged, "I have someone who wants something tonight and then tomorrow I have a couple people that are going to need some just an FYI". RUCKER advised it would be "120" for 2 and agreed to meet CONLIN in 30 minutes. (page 15223)
    - On 6/20/2019, CONLIN advised RUCKER her co-worker would be contacting him for "2". (Page 15259)

- On 7/12/2019, CONLIN advised, "And then the guy that bought stuff from you today got an attitude with me at the end of the day." CONLIN later told RUCKER, "I'm going to find someone that wants some so you have to come see me lol". (pages 15376-15377)
- On 7/18/2019, CONLIN messaged, "The nail guy was talking to me about drugs" and "and how he does E pills and if I do them." RUCKER replied, "lol how much does he sell them for". CONLIN explained she thought the nail technician wanted to take E (referring to ecstasy) with her. RUCKER stated, "O snap he might have had a bunch of the imported e from his cuzin". CONLIN advised, "He was talking to me about having pure stuff". RUCKER stated, "Girl u just walked away from a plug tell him we wanna but some" (Corrected but to buy). CONLIN explained the nail guy wanted to do the e with her before he would sell to them. RUCKER told CONLIN to tell the nail guy that RUCKER has people who do ecstasy and they want to buy the ecstasy for them to try. RUCKER then asked if the nail guy was Asian or Korean and CONLIN advised he was Asian. RUCKER replied, "O yea we need him as a best friend lol". CONLIN advised she had the nail guys personal number and she would talk to him about it. (pages 15398-15401)
- On 11/7/2019, Facebook Messenger chat number 97 between CONLIN and "Gamba Mike" reading, "I got ecstasy 10 a piece, and weed 30 a 8th" (dated 11/7/2019 1:37 AM, page 11268)
- On 8/16/2019, CONLIN advised she was talking to her nail guy and "He said his people are coming into town tonight with stuff." RUCKER replied, "Tell him I wanna bug some" CONLIN explained she told him and he would call her tonight. (page 15637-15638)

- On 9/2/2019, CONLIN messaged, "Babe can I buy something from you" then "My providers wife wants some I'll pay you" and "I know you don't sell it". RUCKER replied "Weed" and "?". CONLIN said, "yes" RUCKER asked, "how much" and CONLIN explained "she" is taking care of CONLIN's kids and then advised "Whatever you can lend me" "Until I pay you" RUCKER asked, "Sky?" CONLIN said, "No my provider you don't know her". RUCKER asked, "Your niece" CONLIN advised, "no love" and explained CONLIN worked with her husband. RUCKER advised because of Memorial Day he did not have a lot of weed. (pages 15999-16004)
- On 2/21/2020, CONLIN messaged RUCKER "Good morning though I just got a funny text from Jennifer but I told her she can't afford your prices" RUCKER asked what happened and CONLIN replied, "She asked me for X". RUCKER responded, "O yea how many and how much was she trynna spend". CONLIN advised, "She only wants 2". There were several empty messages from RUCKER. CONLIN explained, "That's exactly what I did" "Told her you can't afford what he has he doesn't do little sells". (pages 16486-16490)
- On 3/2/2020, CONLIN was expressing her frustration with working and going to school RUCKER advised, "Gotta sell drugs girl". (page 16536)

- On 5/31/2019, RUCKER sent CONLIN a picture of himself outside his apartment in Laughlin, NV (Figure 1). This photo was later provided by CONLIN to SA Menotti to aid in the identification of RUCKER. (Pg. 15101)



*Figure 1*

- The following messages related to purchasing guns and ammunition:

  - On 6/1/2019, CONLIN stated, "Well I'm not suppose to go without you to get guns because you know more about them then I do." RUCKER replies, "Yea I'm down I wanna look around." (Page 15111)
  - On 6/2/2019, RUCKER messaged CONLIN, "Hey wyd love u wanna check out the gun u wanted." RUCKER later advised CONLIN they could look at a couple different placed but to go to Pawn plus first. CONLIN asked what time and RUCKER advised he was headed out in 5 mins. (Pages 15123-15126)
  - On 6/2/2019, after CONLIN and RUCKER were home from buying firearms, CONLIN messaged RUCKER and asked why it is so hard to load more than 5 bullets. RUCKER explained to CONLIN it was because the magazine was new and it could only hold 10 bullets. CONLIN advised she could only get 5 in and RUCKER stated, "lol guns aren't for u lol". RUCKER continued to explain how to fully load the magazine to CONLIN. CONLIN decided she could not get 10 bullets in and she was happy with 9 bullets being loaded. RUCKER replied, "Lmao that's cool I normally load one In the chamber but u don't do that it has no safety". CONLIN advised she would not do that. (Pages 15123-15128)
  - On 6/5/2019, CONLIN advised RUCKER she heard about a place to go shooting off Silver Creek (in Bullhead City, AZ). RUCKER and CONLIN agreed to go shooting the next day. RUCKER advised, "lmao we can just drive I wanna get a gun to make the targets explode". CONLIN replied, "I thought we got a gun to make them explode". RUCKER advised, "No we need a 762 or 223 they said we gotta order it". RUCKER and CONLIN discussed finding a "place" that has one (7.62 or .223 firearm) the next day. (pages 15159- 15163)
  - On 6/8/2019, CONLIN messaged, "And I wanted to see if you looked around to see about the gun that will help shoot that explosive stuff you got." RUCKER advised he was "busy" in Las Vegas and had not looked yet. On 6/9/2019, RUCKER messaged, "Yea my bad love I knocked out wyd today u wanna go look around for the gun?" (page 15174-15717)
  - On 6/16/2019, while discussing CONLIN's work, CONLIN advised "Boss or not I'll show him a side he doesn't want to see he's already paranoid because "the guy I'm talking to" got me a gun lol." RUCKER replied, "lol I know that's right we gonna get more for u lol". CONLIN stated, "You say that lol but I'm ok with this one in my purse but he was feeling himself tonight and I don't do that." CONLIN further stated, "And I let it be known and he kinda got what I was saying." (Page 15240)
  - On 6/27/2019, RUCKER and CONLIN discussed going shooting again:

RUCKER: I only been flaking on goin because we don't have the gun for the target
CONLIN: Ok so make sure we have the gun and ill be at home a little after 5 and we can go
RUCKER: The gun is at the pawn shop love
CONLIN: Ok so are you going to pick me up so we can go shooting right after?
RUCKER: Yeah I buy the gun u buy the bullets

RUCKER further explained that his birthday was "last weekend" and CONLIN advised she thought he had told her that his birthday was in August. RUCKER advised his birthday was the "21". Later, on 6/27/2019, RUCKER and CONLIN again discussed going shooting. CONLIN advised she could make it to the Pawn shop to purchase the firearm before they closed and RUCKER said, "I know but I don't think I would make it in time and I have the money." RUCKER and CONLIN agreed there was not enough time. (Pages 15288-15291 and 15296-15300)

- On 6/28/2019, RUCKER asked CONLIN, "Good morning love hope u have a good day if u have time before u leave we should grab the gun and something to eat so we have it for when ever we can go out." CONLIN replied, "Good morning I'm leaving work at 1030 so if you are free I would love to get something to eat and get that". At 1041 AM, RUCKER messaged CONLIN "I'm at Mr. Pawn." CONLIN replied, "Ok be there in a few." (page 15305-15309)
- On 7/1/2019, RUCKER messaged CONLIN "Lol I just came from the gun store I wanted to surprise u but I gotta let u know everything I want to get u a gun custom like I'm doing mine but u gotta get it so it's not like a surprise ♂". CONLIN replied, "You know you don't have to get me anything just seeing you makes me happy." RUCKER advised, "I know but if u wanna be mine u gotta have everything I got so we match everything lol." Later CONLIN asked, "babe what are the bullets that we need for the gun". RUCKER replied, "I got some there 462 bullets why u wanna buy more guns right now I'm down lol" RUCKER then corrected 462 to 762. CONLIN explained she was going to buy the bullets and RUCKER explained he had already bought them because he took the gun to get it "custom". CONLIN told RUCKER she "owed" him for buying the bullets and RUCKER sent her a picture of two firearms and joked that CONLIN could get him those guns since she owed him. (pages 15318-15322)
- Later, on 7/1/2019, while discussing CONLIN getting another job, RUCKER said, "Maybe u should do favors and get paid extra money". CONLIN replied, "Favors?" and RUCKER explained, "Yea favors ill give u money to get the stuff I want and ill help u with stuff u need it's an open position with good benefits lol". CONLIN advised, "Baby ill help you no matter what lol" and "I needed to be and to text you, you are on my plan, you like guns you can't get I'm not going to allow you to pay someone else to get them for you when I can!!!". RUCKER advised CONLIN, "I know but your busy sometimes so I don't wanna big wit my fetish cuz I will buy guns everyday I'm gonna build a gun vault room when I get a house lol". (pages 15327-15329)
- On 7/2/2019, CONLIN asked to see RUCKER. RUCKER said, "Lol I was gonna ask if u wanted to meet at the pawn shop." CONLIN advised, "I'm on my way that way we can before I go to the gym". RUCKER told CONLIN, "Okay mr pawn I'll be there in 15". CONLIN advised she was there and CONLIN's next message to RUCKER was expressing that she was happy she got to see him. (pages 15334-15335)

- On 7/14/2019, CONLIN asked, “Babe with a 9 am I able to carry that in my purse too or that one has to stay visible”. RUCKER explained to CONLIN that the firearm has to remain visible unless she gets a concealed carry permit. (pages 15390-15391)
- On 7/19/2019, RUCKER explained to CONLIN, “It’s been cool I asked my best friend to buy this gun for me but I don’t think she will make it in time I didn’t wanna bug u”. CONLIN asked where she was coming from and RUCKER advised Phoenix but again said he did not think she would make it in time. (page 15405)
- On 7/22/2019, RUCKER advised, “I’m down for that lol let’s go get a gun and go out to eat”. CONLIN expressed her surprise because “You only come this way to serve for coworkers lol” but agreed to go. RUCKER asked, “like 3:30 is that cool”. CONLIN agreed. At 4:08 RUCKER messaged “Almost there love”. CONLIN replied “I’ll be there in a few.” RUCKER advised “I’m at pawn plus”. CONLIN explained she had gone to the one “we always come to”. RUCKER stated, “Mr. pawn” then “Yea stay there”. (pages 15420-15429)
- On 7/26/2019, RUCKER stated, “I wanna get another Draco it’s just in lake havasu.” CONLIN replied, “Havasu isn’t far though.” RUCKER explained that he wanted to go “tomorrow”. CONLIN advised she was available and RUCKER stated, “Lol it’s a date then.” A short time later, RUCKER messaged, “The pawn shop just call and said they got one in right now if u wanted to go today we could”. CONLIN asked if he meant to Havasu and RUCKER advised Havasu. CONLIN and RUCKER eventually decided to go the next day. (page 15455-15459)
- On 7/27/2019, RUCKER asked if CONLIN was still willing to go with him to Havasu. CONLIN advised she was willing to go. RUCKER stated, “Let me call make sure they still have it” then “wanna go in 40” then “They still have it.” CONLIN advised she was getting ready and RUCKER asked for CONLIN’s location and advised he would be there in “10”. (pages 15461-15465)
- On 7/31/2019, CONLIN asked, “Did you get your gun today”? RUCKER advised, “No its almost done I’m gonna have him send a pic and I’ll send it to u”. (page 15502)
- On 8/13/2019, CONLIN said, “Babe did you ever get your gun you haven’t shown me a picture of it yet.” RUCKER replied “O” and sent a picture (*Figure 2*). RUCKER advised he was happy with the results and that it cost 1000 dollars and 2 months of work. RUCKER advised “I don’t even want to shoot it lmao”. CONLIN replied, “Well you have another one you can shoot lol”. RUCKER said, “I’ll send a better pic when I get back but naw u bought 3” then “One mini a micro and the last one was full size”. CONLIN replied, “No you bought them just used my name”. RUCKER replied, “lol u know what I mean”. (pages 15595-15600)



*Figure 2*

- On 9/13/2019, RUCKER asked, “Hey can I borrow your gun for a little love I gotta meet wit some ppl I’ll let u know everything”. CONLIN replied, “Yes of course”. CONLIN asked RUCKER to let her know when he wanted to meet. RUCKER advised, “I can meet u right now and grab it”. CONLIN advised she was at home and RUCKER told her he would come by in “20”. Later,

CONLIN messaged RUCKER and said, "Hope everything is good babe." RUCKER responded, "Yea I'm okay love still here." CONLIN advised RUCKER to be careful driving. (pages 16090-16092)

- On 9/16/2019, RUCKER sent a picture (*Figure 3*) and asked CONLIN "Hey can u call the mr pawn in bullhead see if the still have that one" "if so tell them to hold it she's pretty lol". CONLIN replied, "It's being held". That afternoon, RUCKER messaged, "Hey love u wanna meet me at the mr pawn". CONLIN agreed. RUCKER replied, "We can meet there now I'm dropping something then I'm headed there". RUCKER advised he was at the O'Reilly's across the street. CONLIN messaged, "ok lol she knew it was you SMH". RUCKER responded "Of course I buy the most guns there". CONLIN responded, "Yeah she was just like am I taking too long for him? He's the one usually stopping us from proceeding with the purchase looking for more". RUCKER replied, "Lol I know right". (pages 16101-16105)



*Figure 3*

- On 9/19/2019, RUCKER sent a picture (*Figure 4*) and advised he could use it to "kill flys". RUCKER and CONLIN messaged back and forth and RUCKER said, "Lol come on let's go get the gun and have a protein shake wipe your face off it's gonna be okay". CONLIN asked if RUCKER was coming to get her and RUCKER advised he would. RUCKER asked CONLIN to call and make sure the firearm was still available. CONLIN advised they sold it. (16114-16118)



*Figure 4*

- On 9/25/2019, RUCKER sent a picture (*Figure 5*) and said "Omg they have a better one". CONLIN asked, "And when do I get my gun back" and "And that looks like the one you wanted". RUCKER explained, "I'll give it back to u Friday I'm changing the barrel sticky situation" and "But it is the same gun that ones just in better condition". RUCKER asked CONLIN to see if the store would hold the gun and advised he was on his way back from Kingman. CONLIN advised they are holding

it. At around 5 PM, CONLIN messaged RUCKER and advised "You can come in" and " None of the same guys". RUCKER responded, "Naw it wasn't that love I just smell like weed didn't wanna walk in there like that". (pages 16133-16136)



*Figure 5*

- On 9/25/2019, CONLIN sent a picture (*Figure 6*) and said "I like this one". RUCKER replied, "Yea that one is nice but the one next to it is a lil cheaper but the same one". CONLIN asked, "Yes I noticed that but that one had red in it...that's what makes it more expensive?" (pages 16140-16141)



*Figure 6*

- On 9/28/2019 at 1:30 AM, CONLIN messaged, "Babe can I get my gun back". RUCKER and CONLIN had a discussion about getting food and CONLIN leaving. RUCKER does not address the gun. (page 16167)
- On 10/5/2019, RUCKER sent a picture (*Figure 7*) and asked, "Hey can u have them hold that for me". CONLIN asked, "Pistol or rifle". RUCKER responded, "Rifle and 2 pistols". CONLIN advised, "They said they had one but not the other". RUCKER asked which one and CONLIN said pistol. CONLIN asked, "When do you want me to tell them we are getting it". RUCKER replied, "Later today". CONLIN advised it was already 4 so they would have to get it tomorrow. RUCKER agreed. (pages 16246-16250)



*Figure 7*

- On 10/6/2019, RUCKER picked up CONLIN and they went to a FFL. CONLIN messaged, "There is a new girl" "Trying to do the process". RUCKER replied, "O dang did she tell you the total". CONLIN replied, "No", "Come in", "It's ok" and "Told them we are trying to get his and hers for everything". (pages 16258-16260)

- RUCKER and CONLIN stopped messaging from October 11 until January 21.

  - On 1/23/2020, RUCKER messaged, "What's goin on" "Guns" "?". CONLIN replied "yes". RUCKER replied, "Lmao u wanna wait for me to order it I wanna order some too" "But the cpx3 is the newer slim one". CONLIN asked, "Is the CPX2 a lot heavier". RUCKER advised, "Not really there the same weight". CONLIN replied, "Oh that's good" "I found my teal one". CONLIN and RUCKER continued to dicuss firearms. RUCKER suggested CONLIN look at the Mr. Pawn website and CONLIN advised, "And I don't know how to work their website" "And I want teal and my gun back because I'm going to go shooting and I liked that size". RUCKER suggested, "so let's go to a gun store". CONLIN advised RUCKER she is on a wait list for the firearm she wanted and RUCKER suggested they go to Havasu for the firearm. RUCKER and CONLIN discussed when she was next off and the conversation ended without picking up a firearm. (pages 16292-16300)
  - On 1/25/2020, RUCKER advised, "Let's go look at guns tomorrow if your off". CONLIN agreed. (pages 16312-16314)
  - On 1/26/2020, RUCKER asked, "Do u wanna meet at the mr pawn place in 30". CONLIN asked, "I thought we were going somewhere else that had the guns that I wanted" "That's fine I'll be there". RUCKER advised, "Yea meet there then we're gonna go to havasu". CONLIN agreed and they met up later. CONLIN and RUCKER discussed how CONLIN did not find a firearm she liked but found a different one. RUCKER explained that she could get it "dipped" the color she wanted and that would make it special. (pages16317-16321)
  - On 1/28/2019, RUCKER asked, "Hey did the pawn shop ever call u about the other gun we ordered". CONLIN advised no. RUCKER and CONLIN continued to discuss firearms. (pages 16334-16339)
  - On 1/30/2020, RUCKER messaged, "Good morning love what do I have planned today I want to take the one gun back if your not busy today". CONLIN agreed to meet with RUCKER. CONLIN and RUCKER later met. (pages 16348-16352)
  - On 1/31/2020, RUCKER messaged, "We could pick up the guns that u held and head to Vegas and chill go to a restaurant walk the strip have some drinks frfr". CONLIN and RUCKER agreed to meet at Mr. Pawn. RUCKER and CONLIN met at Mr. Pawn and RUCKER sent several pictures to CONLIN of firearms. (pages 16351-16357)
  - On 1/31/2020, RUCKER asked, "Hey wanna meet at mr pawn". CONLIN replied, "Ok I will be there shortly". CONLIN and RUCKER appear to meet at the pawn shop and RUCKER sent several photos of guns. (pages 16356-16357)
  - On 2/4/2020, RUCKER messaged, "Hey could we check out m&m and grab something to eat before your class I know I didn't eat". CONLIN agreed to meet RUCKER at M&M in 20 minutes. CONLIN messaged, "I don't see you I've been sitting at M&M" and about an hour later messaged, "I left the receipt in your car lol". (Pages 16384-16386).
  - On 2/4/2020, RUCKER messaged, "U wanna meet at mr pawn I'll buy u and your little ones something to eat love". CONLIN replied, "Right now babe?" RUCKER advised he was available to meet in 20 minutes. CONLIN agreed to meet RUCKER. CONLIN advised she was there and RUCKER replied he was 4 minutes out. (pages 16388-16389)

- On 2/6/2020, CONLIN advised, "Hugo called this morning", "but you weren't available" and "So I didn't know what was going to happen". RUCKER advised, "Who is Hugo". CONLIN explained, "The guy at Mr. Pawn" then "He said he had a Draco he was going to wait to put it out on floor because he thought we were looking for one". RUCKER asked, "Yea I want it's the mini right". RUCKER advised CONLIN to tell Mr. Pawn to hold the firearm. RUCKER and CONLIN agreed to meet there at 12. CONLIN and RUCKER met a Mr. Pawn around 1:30 PM. (Pages 16399-16403)
- On 2/6/2020, CONLIN messaged, "Too much to type but Jennifer's "friend" just texted me asking to borrow one of my guns WTF". RUCKER replied, "Lmafo you only have one" CONLIN replied, "Yes I know that but why would he think to text me asking me for anything". (pages 16405)
- On 2/7/2020, CONLIN messaged, "The glock is delivered ready for pickup". RUCKER agreed he could meet up around 8 PM. No further talk about the gun. (pages 16408)
- On 2/11/2020, during a conversation about CONLIN getting RUCKER gifts, RUCKER advised, "I don't like everything that's why I say that love I like weed money and guns simple person" and "U wanna buy me anything buy me a gun". CONLIN advised she would not get RUCKER anything again. (page 16430-16433)
- On 2/13/2020, RUCKER and CONLIN had a conversation about meeting up. After meeting, RUCKER messaged, "U still have change an receipt love". CONLIN asked where RUCKER wanted to meet. RUCKER advised he was at M&M (an FFL). CONLIN met RUCKER at M&M. (pages 16441-16446)
- On 2/27/2020, RUCKER messaged, "Hey u wanna meet at big dees start our adventure". RUCKER ended up picking CONLIN up at her residence. (pages 16512-16514)
- On 2/29/20202, CONLIN messaged, "I wish I had all that tax money lol to just blow on dumb shit". RUCKER replied, "Lol why don't u I thought u were gonna buy me that gun lol". CONLIN advised, "Go get it for you. You have more $ then l do I Lol". RUCKER responded, "Dang didn't mean u buy it I'll pay for my own stuff". (Page 16521).
- On 3/1/2020, RUCKER and CONLIN agreed to meet for breakfast at Denny's and go buy firearms after. RUCKER sent CONLIN three firearm pictures. CONLIN later advised, "Smh I have your change and receipt again". RUCKER replied, "I know lol". (page 16526)
- On 3/3/2020, RUCKER asked, "U wanna go to breakfast and I'll buy that gun from big deez". CONLIN agreed to meet at Big Deez (FFL). RUCKER messaged, "Hey meet at m&m" (FFL). CONLIN agreed and advised she was there. (pages 16538-16541)
- On 3/5/2020, CONLIN advised she wanted to go shooting and was willing to buy the ammo. RUCKER replied, "O snaps now u wanna buy me something now lol". CONLIN explained, "I've bought you things just not crazy guns even though those damn Bongs I could have bought real guns with I just never know". RUCKER advised he would buy the ammunition and that he was ready when CONLIN was. RUCKER asked if CONLIN was still going to buy his gun. Later RUCKER messaged, "Don't trip I'll buy my gun". (pages 16547-16553)
- On 3/5/2020, RUCKER messaged, "I was just doing the math on all the guns we got that's why mr pawn loves u we spent 33 grand there alone". CONLIN replied "OMG" "Babe that's crazy lol". RUCKER responded, "Man I haven't added up the other places yet" "We spent 14 grand these last 2 months". CONLIN replied, "Well I'm ok with your addiction it'll protect me" "You spent that much lol I am just the wingman". RUCKER advised, "And I have 55 guns here my sis has 7 at her house"

"Smh I need a new gun safe no more can fit in it no more". CONLIN replied, "I bet you do". RUCKER explained he would need a second safe and stated, "I wanna go buy all the guns I ever wanted tomorrow but you got a life I don't lol". CONLIN replied, "lol oh" "Well I have to have a life in case of things needed that need proof of income". (pages 16555-16558)

- On 3/8/2020, RUCKER messaged, "Nothin I just got up mr pawn called me and said they have a micro drako for 550" "I want it but it's kinda messed up cuz we paid like 800 now there 550". CONLIN advised she could meet RUCKER after she was done getting her nails done. RUCKER advised he was on his way to Mr. Pawn and would meet CONLIN there. CONLIN explained she had her kids with her but was pulling up to Mr. Pawn. CONLIN later messaged RUCKER and advised she had his "change". RUCKER advised he would get it later. (pages 16567-16571)
- On 3/12/2020, RUCKER messaged, "Hey I'll pay for your feet if u can grab me a gun", "I've been looking for that one", and sent a picture (*Figure 8*). CONLIN asked, "How many of those ones have you bought lol". RUCKER replied, "Got 4 of the regular ones that's the one with the camel jump" "Hump". CONLIN and RUCKER met at Mr. Pawn. (pages 16589-16593)



*Figure 8*

- On 3/17/2020, RUCKER messaged, "I'm serious tho love if u have free time let's go to m&m and buy the guns at least we will be safe". CONLIN replied, "You are going to be protecting me and mine too" "We need ammo love". CONLIN advised, "The amount of guns isn't going to matter babe you have every gun but we can go see what we can get there is a place in ft mohave I haven't been in". RUCKER replied, "Yea but I got family and u got family I want everyone with us to have 2 guns at least". CONLIN replied, "Ok love I am with you 100%". RUCKER and CONLIN made plans for him to come pick her up. (pages 16627-16630)
- On 3/18/2020, CONLIN advised RUCKER she was no longer working unless they called her in. RUCKER replied, "Let's get a gun lmao". CONLIN agreed and RUCKER advised he would pick her up. RUCKER and CONLIN determined they would purchase the firearm the next day. (pages 16639-16640)
- On 3/19/2020, CONLIN and RUCKER discussed meeting at the pawn shop. RUCKER advised, "Hey did u wanna meet at that pawn shop I'll pay for your nails I just don't wanna wit there lol". CONLIN advised she was there. (pages 16644-16645)
- On 3/20/2020, RUCKER asked, "Morning love r u busy today if not I was wondering can u grab the 9mm glock drum at that pawn shop by tnt nail shop and I'll give u the money when I get back in town if u have it". CONLIN agreed to get it and asked, "The pawn shop by tnt? Or the gun shop". RUCKER advised, "The gun store we went to and bought the other ones". CONLIN advised she would go get it. Later, CONLIN explained the FFL did not have the drum magazine. RUCKER replied, "30 round clip for Glock 19 9mm" then explained he did not have a "clip"' for the firearm

they just purchased. RUCKER told CONLIN, "How much do I have on u love I want that gun on the wall there". RUCKER walked CONLIN into which firearm he wanted her to buy through text and pictures. CONLIN purchased a firearm and RUCKER advised he would pay her the money later. RUCKER also directed CONLIN to purchase .40 caliber 5.56 ammunition. RUCKER asked if they gave CONLIN a "clip" for the firearm and CONLIN advised they forgot. RUCKER asked CONLIN to get a "clip" so he could use the firearm. RUCKER also asked for the total. CONLIN sent a picture of the receipt and of the firearm (*Figure 9*). RUCKER messaged that he would be bringing the money to CONLIN. CONLIN advised she would meet RUCKER at Jester's (a bar) in Bullhead to trade him the firearm for the money. (pages 16646-16661)



*Figure 9*

- On 3/21/2020, CONLIN and RUCKER discussed CONLIN going to multiple different FFL's to find a "Clip". RUCKER asked, "Do they have any Taurus g2c". CONLIN asked, "a gun" and "They have a Taurus TH9C". RUCKER asked how much it was and advised he wanted 2 if the price was reasonable. CONLIN replied, "349.99". RUCKER directed CONLIN to purchase both and advised he would give her the money for them. RUCKER advised CONLIN he was coming to her house to pick up the firearms. (pages 16663-16669)
- On 3/29/2020, RUCKER messaged, "Hey so look I wanted to check if they had the clip but I'm not trynna go threw another mr pawn thing so could we meet there and check around 2 just trynna be safe about it" and "At high desert heat". CONLIN advised she was shooting and would be ready shortly. CONLIN and RUCKER appeared to meet up. (pages 16705-16711)
- On 3/30/2020, RUCKER asked if CONLIN would meet at Pawn Plus to pick up some items. RUCKER asked CONLIN to meet at the car wash near Pawn Plus to avoid the store seeing him. CONLIN advised she was at the car wash waiting. (pages 16712-16715)
- On 4/2/2020, CONLIN advised she had found a store with ammo. CONLIN said, "There is a zastava here he said it's a high end of the draco" and sent three pictures. (*Figures 10-12*) RUCKER asked how much and CONLIN advised 950 plus tax. RUCKER replied, "Do they have the scorpion" and "Or any 9mm that r like 400". CONLIN advised she already left and told the store she would be back with her man. (pages 16734-16736)


*Figure 10*


*Figure 11*


*Figure 12*

- On 4/4/2020, RUCKER asked CONLIN to go to Goliath Industries (FFL) to look for ammo. CONLIN agreed. On 4/5/2020 RUCKER advised CONLIN that the safety on the firearm they purchased yesterday was not working and asked CONLIN to go with him to exchange the firearm. On 4/6/2020 RUCKER and CONLIN again discussed returning the firearm. RUCKER finally advised he would just take the loss on the firearm and "throw it" with the other guns he did not want. (pages 16743-16756)
- On 4/7/2020, RUCKER asked CONLIN to meet him at Goliath. RUCKER explained since he knows CONLIN Goliath will sell RUCKER more ammo. RUCKER and CONLIN met at Goliath (pages 16759-16761)

- RUCKER and CONLIN exchanged several messages about RUCKER's work, money, and job:
  - On 6/1/2019, during a conversation about hanging out RUCKER advised CONLIN that they do not work the same kind of jobs. RUCKER advised, "…I wish I could get a job like everyone else but I can't cuz stupid past…" (Pg 15106).
  - On 6/4/2019, RUCKER sent a picture with him holding United States Paper Currency with a message "Sorry love up all night driving had to make money I didn't even know I fell asleep". (page 15139)
  - On 6/10/2019, in reference to not hanging out together RUCKER advised, "I know love we just always miss each other and I don't want u to not take care of your business because of me then night time is when most of the ppl hit me up cuz there off work". ( page 15185)
  - On 7/31/2019, in reference to RUCKER's daughter's birthday he advised, "Don't worry about it love they don't need anything I already got a bunch of stuff and I'm gonna let the go spend 500 each on what ever toys they want". (page 15508)
  - On 8/5/2019, CONLIN asked to have some time with RUCKER prior to his birthday. RUCKER advised, "Yea today I said u can't take any days off I was a lil confused and the weekends love I will miss out on so much money" (page 15552)
  - On 8/12/2019, in reference to CONLIN trying to purchase a video game for RUCKER, RUCKER advised "Naw love it's ok I just didn't want you to waste your money if they didn't wanna get it back" then "Don't buy me anything u got little ones to worrie about im not nobody". (page 15537)

- On 8/16/2019, RUCKER sent CONLIN a couple pictures of cars and said, "I want to rent that so bad can I give u the money to get it love". CONLIN replied "Yes babe of course". CONLIN and RUCKER discussed the car rental back and forth. (Page 15640-15642 and 15644-15669)
- On 8/12/2019, RUCKER asked, "Lol was up tho love not trynna be in your business and all but what's your credit score" then "I wanna get a car and I'll pay all your bills for 6 months plus my car payment of course". CONLIN advised RUCKER her credit score was bad but wished she could help him. (page 15585-15588)
- On 8/31/2019, RUCKER and CONLIN discussed how they will drop off a car that CONLIN rented for RUCKER. RUCKER advised, "I can have my sister take it back I just don't wanna take it back cuz I'm black tbh" and "It sounds bad but that's how the world works now a days". CONLIN explains that they did not put another driver on the car just her but CONLIN told RUCKER he can just take it back to the car renter. RUCKER advised CONLIN he did not want the trouble and makes plans with CONLIN to pick her up. (pages 15939-15943)
- On 3/14/2020, RUCKER asked CONLIN to rent a car for him again. CONLIN agreed. CONLIN and RUCKER messaged back and forth about the car rental. CONLIN booked the rental and sent RUCKER a screen shot of the booking. (pages 16600-16606)

- During their conversations RUCKER and CONLIN discussed her lack of money and difficulty in her both working and going to school while raising her kids.

  - On 6/5/2019, CONLIN explained to RUCKER that she did not think he was "fucking her over" because he would not let her pay for even "little things" CONLIN expressed that she was happy that she was able to pay for their phone bill. (page 15157)
  - On 8/22/2019 CONLIN advised RUCKER that she was going to have to sell her old sound system from her car to help her pay for school supplies. CONLIN advised her job owed her money but had not paid her yet. RUCKER said, "Shit the way your job pays u u need to sell drug or invest in it cuz that ain't cutting it at all." CONLIN replied, "I know babe trust me even before I met you I talked about with a friend in Cali." CONLIN expressed that she was "scared" and RUCKER clarified that she was scared to sell drugs and CONLIN advised yes. RUCKER then said, "lol so get u someone that's selling it a help them". CONLIN replied, "oh well I don't know these things". RUCKER advised, "Lol time to learn love your baby daddy didn't show u anything in life at all he's cold as shit".
  - On 8/22/2019 CONLIN and RUCKER discussed meeting up so CONLIN could give RUCKER his birthday present. RUCKER advised CONLIN that she shouldn't get him anything because he can get everything he wants by himself. RUCKER also advised CONLIN needed that money for school. CONLIN advised RUCKER that she did not get him anything big. (Pages 15714-15725)
  - On 8/23/2019, CONLIN and RUCKER were again discussing CONLIN's finances. CONLIN advised she tried to give RUCKER her card because he is "better with handling money". RUCKER replied, "If u give me money love it will be more when u ask for it". RUCKER followed up saying, "I make 1000 a day on a bad day". (15747-15748)
  - ON 8/25/2019, RUCKER and CONLIN discussed that CONLIN's friend "Tiffany" offered to pay for her to get a tattoo. CONLIN advised she could not get it because it was too expensive and she

did not have the money. RUCKER advised, "That's just 150 u act like it's 500" then RUCKER told CONLIN he would take her and pay for it. CONLIN later got the tattoo and advised RUCKER he would not be paying for it and that she would pay her friend back. (pages 15812-15817)

- On 8/25/2019, RUCKER and CONLIN had a discussion about withdrawing money from a card CONLIN provided to RUCKER. RUCKER said, "Hey I went to pull the money off and it said unauthorized user idk". CONLIN replied "you went to CVS babe?" RUCKER advised no. CONLIN asked, "And you used the right pin?" RUCKER explained, "I went to the one by my house it said all point and yea 1012 right". CONLIN explained RUCKER could go to any ATM but the CVS one is free. CONLIN then advised that it showed that $500.00 had been withdrawn and RUCKER advised he had withdrawn the 500 yesterday morning and that she had told him to "pull it all off". CONLIN agreed she had told him to take all the money off but advised he could only do one withdrawal a day. (pages 15822-15825)
- On 8/30/2019, during a conversation about how much CONLIN works RUCKER advised, "So go pull out a loan so we can make money u can quit your job and focus on school I'll take care of other stuff". CONLIN agreed with RUCKER that she would take out a student loan but continue to work until they got the loan money. RUCKER explained he would take care of everything and they could make payments on CONLIN's student loan as they went. (page 15923-15925)
- On 10/2/2019, CONLIN and RUCKER have a discussion about CONLIN quitting school. RUCKER advised CONLIN to stop going to school for right now. CONLIN replied, "I have to pay all that money back that I got". RUCKER responded, "I'll pay what I took off don't trip". RUCKER and CONLIN continue to discuss whether or not CONLIN will leave school. RUCKER advised, "Talk to me do u need extra money to help u get threw the school year is that what your saying". CONLIN replied, "I don't want to ask you to help me you have said it before but I don't know I've never asked for money or been this down it's frustrating to me because I'm better than this". CONLIN advised she would try to get another job. (pages 16196-16199)
- On 10/7/2019, CONLIN messaged, "Hey babe am I giving my two weeks or just quit after today". RUCKER replied, "Why would u quit then how will u help me at all I'm just lookin out for u so u didn't have to trip on your hours school only benefit u and your circle It wouldn't do anything to help me out so 2 years I would take care of u and u can just use me and walk away" and "With everything all perfect for u 2000 for 20 months is 40 grand u came up and your not even tied to me at all". CONLIN clarified, "No no no quit this job? There other one wants me...I am not using you and leaving you ever hun" and "I want to be tied to you I'm not trying to just have you help me and then you leave out of my life". CONLIN continued to explain that she did not want RUCKER to think she was using him but she needed "help this month". RUCKER replied, "I can bring it to u tomorrow so u can pay everything u gotta pay" and "Imma give u all the financial aid money u gave me too". CONLIN replied, "Omg ok". RUCKER asked, "How much did u have to pay in total." CONLIN replied, "IDK it's at home." RUCKER advised, "Hey I'm just eating [waiting] on them to send the money then u can take care of everything". CONLIN later asked again for the money and advised some things were starting to get "cut off". (pages 16271-16276)

11. The following is IMessage chat number 55 between CONLIN and RUCKER AKA Christian from 5/25/2019 to 10/16/2019 on the number labeled "Christian Other Phone".

- On 5/27/2019, RUCKER advised CONLIN he wanted to go to the shooting range. CONLIN explained that she had never been and wanted to go. RUCKER explained, "U need a gun of your own tho so u can get comfort able with it and take it home" "But I'll definitely show u everything I'll pay for you one too". CONLIN confirmed RUCKER would buy her a gun and RUCKER advised, "Lol yeah if you want one". CONLIN responded, "Only if you show everything about it". RUCKER advised, "lol I got u". CONLIN and RUCKER agreed they would get together and meet to look at firearms. RUCKER directed CONLIN where to meet him. CONLIN messaged, "Ok the only thing is you can't hand me cash in this store outside yes" "he just told me". RUCKER replied, "Naw I know that's why I was pulling it off I'm goin to give u 1000 u can just pay for whatever". (pages 16803-16810)

12. The following is MMS messages between CONLIN multiple persons. SA Menotti observed several message exchanges related to firearms and illegal narcotics. The following documents some of the message exchanges. For a full accounting of the complete posts and comments refer to the phone extraction.

- CONLIN messaged with "❤❤My Love❤❤" Phone number [redacted]3402:
  - On 1/21/2020, My love messaged, "What time is it over I was gonna say I will take u out to eat if u can grab this gun that's 130 for me". CONLIN agreed to meet as long as she was not late for class. (pages 28291-28293)
  - On 1/19/2020, CONLIN messaged, "Could have fooled me. Only time I see you is at the gun shop ♀" and "No the only reason why I said that was because you left me high and dry I'm barely getting back on my feet but I haven't brought it up because money isn't going to make me or break me that's not why I was with you ever. And you stopped going out with me way before that...I get it though I truly do and I need to back off as hard as it is to do with how I feel about you" RUCKER advised he did not intend on going to jail and losing his phone. CONLIN explained she got behind on bills because she gave him "my little ass check". (pages 28302-28303)

- On 2/7/2020, CONLIN and "Skyiler Hiner" [redacted]7877) were messaging on IMessage (number 61) about a friend of Skyiler's mother Jennifer. CONLIN explained, "Yeah he texted me asking to borrow a gun WTF hell no and I told Christian and he said have him text me because I only have one lol". (page 18854)

- On 6/2/2019, during a conversation between CONLIN and "Tiffany Shinpaugh" ([redacted]6702) CONLIN advised she was supposed to meet with "Christian" and he was going to buy her a gun. Later CONLIN sent Shinpaugh a picture (*Figure 13*) and said "The gun Christian bought me". Shinpaugh asked if it was a 380 and CONLIN agreed it was. (pages 18402, 18406-18408)



*Figure 13*

- On 10/5/2019, CONLIN explained to Shinpaugh that she had not been sleeping well since Christian's birthday. Shinpaugh advised she did not know when that was and CONLIN advised, "August 21". (page20250)

- On 10/11/2019, CONLIN advised she was concerned because she could not reach Christian and he was going to give her money for her bills. Shinpaugh asked if he "got busted". CONLIN advised, "I looked on Mohave county and Clark county". Shinpaugh suggested that RUCKER did not pay his phone bill and CONLIN advised, "And I have his call log because he pays my bills it's just in my name lol" and "And he always has money he was just giving me more than enough to pay my bills and get my car good". Shinpaugh again asked if CONLIN was sure RUCKER was not in jail. CONLIN advised she did not know how to do it and had someone else look. Shinpaugh asked what RUCKER's last name was. CONLIN advised, "Mills". Shinpaugh asked, "Doesn't he transport to California" and "?". CONLIN advised, "Yes". Shinpaugh advised, "So I searched Mohave county, Clark county, and San Bernardino county and nothing". CONLIN and Shinpaugh discussed how to contact RUCKER. Eventually RUCKER replied to CONLIN's messages. (pages 20299-20940)
- On 11/7/2019, CONLIN messaged Shinpaugh and advised RUCKER friend requested her on SnapChat. CONLIN expressed concern because she had not spoken with RUCKER in a while. (page20567-20574)

- On 4/24/2019, during a iMessgage conversation (number 72) with "Rey Hartman" ([redacted]7952), CONLIN advised she would pay for some items for Hartman. Hartman advised CONLIN, "Omg he wants me to meet at his house". CONLIN asked where and Hartman said, "On cougar". (pages 21471-21472)
  - On 6/4/2019, CONLIN advised, "Because when I said Christians name he started laughing he's like you got everyone on it LMFAOin " Hartman advised, "YAYYYYYYYYYYY SNOW BUDDIESSSSSSS" and "Is he pussy. Like can we show him up with our weekend lines or like can he hang lol". CONLIN explained, "No he does weekends lol" and "He kept up with me". CONLIN later met with RUCKER and Hartman went over to CONLIN's residence after. (pages 21478-21483) SA Menotti recognized snow as slang for cocaine.
  - On 6/10/2019, CONLIN messaged, "Did you put the stuff somewhere?" and "I thought you put that in my pocket". Hartman replied, "I put the straw in the pocket" and "Pls tell me you found it lol". CONLIN advised she did not find it. (pages21484- 21485)
  - On 6/11/2019, Hartman asked, "My teeth are numb what the hell did I eat this shit or something". CONLIN replied, "Yeah my eye feels numb SMH". (page 21485)
  - On 10/11/2019, CONLIN reached out to Hartman because she was unable to reach RUCKER. Hartman asked where RUCKER was last located in Laughlin or California. CONLIN replied, "Here as far as I know but he does turn arounds sometimes so he could have gone to Cali". CONLIN showed Hartman RUCKER's last position and they discussed where he could be. Hartman advised, "Damn there's so many options. Like if he's just been on like acid for a few days and shit". After RUCKER finally messaged CONLIN back, CONLIN said, "Yeah we are done he's going to give me my money and be done with the guns and I'm done". (pages 21608-21616)

- On 5/9/2019, in an iMessage conversation (number 73) with "Decent #FACTS" ([redacted]6909), #FACTS messaged CONLIN "Lmfao you have any good good I need a pick me up im drained". CONLIN replied, "I don't have any but you know I can get it lol". #FACTS asked, "For today ?". CONLIN advised, "yeah why not". #FACTS asked how soon CONLIN could get it and CONLIN advised she could go "pick up" now. CONLIN explained she could have it brought at lunch. (pages 21853-21855)
    - On 5/10/2019, #FACTS asked, "Did you get good good". CONLIN replied, "Omg I have a story about that but no I didn't pick up last night I can didn't think I'd see you this weekend". #FACTS said, "tell me". CONLIN replied, "Him and I were talking about Cali and I told him the weekend that I'll be out there because I have to drop my kids off and my girl's birthday is the weekend before so she's wants to turn up when I get out there and told him I usually pick up from a guy there and he said why would you do that I will supply you with everything for free when you are with me". (pages 21871-21873)
    - On 5/11/2019, #FACTS asked, "Did you have to pay for the stuff?" CONLIN advised she did. #FACTS asked how much CONLIN replied, "60 each". CONLIN and #FACTS appeared to meet up. (page 21894-21897)
    - On 5/30/2019, CONLIN messaged, "You want it to snow? I can tell him to bring some". #FACTS advised, "Pls but I can't pay until tomorrow". CONLIN replied, "I got you". (pages 21955-21959)

- CONLIN discussed firearms and shared pictures with Jennifer Hiner ([redacted]3541)
    - On 5/14/2020, CONLIN messaged Hiner and asked her to go to Mr. Pawn, "Tell him that Christian and I broke up and took all my guns and he won't return them and I need a print out of them so I can report them stolen". (page 28015)
    - On 2/2/2020, Hiner messaged, "Hey question does C have X". CONLIN advised Hiner could not afford RUCKER's product. Hiner advised she only needed 2 and it was for an experiment and asked if CONLIN knew anyone else. CONLIN advised she does not talk to anyone else. (page 28249)

- On 2/6/2020, Ansrew Armstrong ([redacted]1604) messaged CONLIN in MMS message "Lemme borrow one of your guns". CONLIN replied, "Lol I'm not allowing anyone to borrow my guns". Armstrong replied, "You can do it for me...please from the bottom of my heart". CONLIN replied, "No way I only trust one man with a gun that's mine". (pages 28267-28268)

13. The following is a list of notable pictures. There were multiple photos/posts and the following figures only represent some of the photographs viewed. For a full accounting of the complete posts and comments refer to the phone extraction.
    - *Figure 14*: Same firearm recovered in search warrant at CONLIN's residence. Photo created 2/4/2020. (page 40129)
    - *Figure 15*: Photo of RUCKER holding firearm. Photo created 2/6/2020 (page 40154)
    - *Figure 16*: Photo of firearms. Photo created 11/16/2019 (page 40160)
    - *Figure 17*: Firearms. created 3/20/2020 (page 40169)
    - *Figure 18*: Firearm on counter. Created 10/6/2019 (page 40263)
    - *Figure 19 and 20*: Rucker holding firearms. (page 44503)


*Figure 14*


*Figure 15*


*Figure 16*


*Figure 17*


*Figure 18*


*Figure 19*

14. SA Menotti observed multiple firearms (not all represented in figures) with distinct marking or coloration that were not recovered during the search warrant conducted on CONLIN's residence. No serial numbers were visible in the photos.

15. CONLIN made reference to her mailing and physical address multiple times throughout the extraction referencing to it as both 276 Santa Cruz and 280 Santa Cruz.

16. The data production was burned to DVD-R and submitted into the Flagstaff evidence vault as exhibit 59.

**ATTACHMENTS:**

- DVD-R containing download of CONLIN's phone