# Exhibit 7

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: CONLIN, Rochelle | Investigation Number: 785140-20-0039 | Report Number: 19 |
|---|---|---|

**SUMMARY OF EVENT:**

**Arrest and Interview of RUCKER:** ATF Agents arrested and transported Keymal RUCKER from Laughlin, NV to Las Vegas, NV. RUCKER was found in possession of 2 Glock machinegun switches, a Glock, Model: 29Gen4, Caliber 10, Pistol, S# BSRR472, a Smith and Wesson, Model: M&P 15-22P, Caliber 22, Rifle, Serial# WAA1541, 307 rounds of ammunition and 7 grams of cocaine. RUCKER made multiple statements regarding the illegal possession of firearms and narcotics.

**NARRATIVE:**

1. On August 3, 2021, Keymal RUCKER was indicted by a Federal Grand Jury in the Federal District of Arizona. A Federal arrest warrant was issued for his arrest.

2. ATF Special Agents conducted surveillance on RUCKER'S residence located at [redacted], Laughlin, NV. SA Ogg observed a silver Dodge Charger and a black BMW that SA Ogg knew to belong to RUCKER and MCELROY.

3. ATF Resident Agent in Charge (RAC) Rustin Wayas, Special Agent (SA) Fletcher Ogg, SA Clayton Gum and SA Cole Jones approached the residence and RAC Wayas knocked on the door of the residence. No one answered the door of the residence.

4. ATF Special Agents walked away from the door of the residence, while SA Benjamin Excell maintained surveillance of the front door of the residence. A short time later, SA Ogg observed an individual identified as Jasmine MCELROY (SA Ogg knew to be RUCKER'S significant other) exit the residence with their children and travel to a vehicle that was parked near the residence.

5. SA Ogg approached the vehicle and identified himself. MCELROY was angry to see SA Ogg and initially refused to exit the vehicle to speak with him. SA Ogg advised MCELROY that RUCKER had a federal warrant for his arrest. MCELROY insisted that RUCKER was not in the residence. MCELROY afford to open the door of the residence for ATF Agents to prove RUCKER was not in the residence.

6. SA Ogg was notified by SA Excell that he had just seen RUCKER leave apartment [redacted], go down a flight of stairs and then go back into apartment [redacted]. SA Excell noted that RUCKER was holding a Louis Vuitton bag.

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Fletcher S. Ogg | Special Agent, Flagstaff Field Office | | 8/20/21 |
| Authorized by: Rustin R. Wayas | Title: Resident Agent in Charge, Flagstaff Field Office | Digitally signed by RUSTIN WAYAS Date: 2021.08.20 14:12:32 -07'00' | Date: |
| Second level reviewer (optional): Gabriel R. Pinon | Title: Special Agent in Charge, Phoenix Field Division | Signature: | Date: |



ATF EF 3120.2 (10-2004)
For Official Use Only

7. ATF Agents followed MCELROY to the Apartment [redacted] and she used her key to open the door. As MCELROY opened the door, SA Ogg could see RUCKER standing in the master bedroom at the end of the hallway. MCELROY told ATF Agents that they could not enter her residence without a warrant and attempted to block to doorway.

8. SA Ogg placed MCELROY in handcuffs and advised her that ATF Agents did have a warrant for RUCKER'S arrest. ATF Agents took RUCKER into custody.

9. SA Jones and SA Gum searched RUCKER incident to arrest and located a plastic Glock machinegun switch and a plastic bag of a white powdery substance that was later determined to be cocaine in RUCKER'S pocket.

10. ATF Agents conducted a protective sweep of the residence. While in the master bedroom, SA Ogg observed a loaded Glock magazine (*Figure 1*) and a Louis Vuitton bag on the bed. SA Ogg could see a Glock magazine that was attached to a firearm inside the bag (*Figure 2 and Figure 3*). SA Ogg could see what he knew to be an AR-15 style rifle under the master bed (*Figure 4*) and several rounds of ammunition in various locations within the room.



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*

11. RAC Wayas observed what he immediately recognized as a metal Glock machinegun switch on the ground at the entrance to the master bedroom (*Figure 5 and Figure 6*).



*Figure 5*



*Figure 6*

12. After the residence was under law enforcement control, and RUCKER was in custody, SA Excell removed MCELROY from handcuffs and advised her she was free to leave. MCELROY left the location without further incident.

13. SA Ogg brought RUCKER into the kitchen of the residence and the two sat down at the kitchen table while RUCKER was still in handcuffs. SA Ogg asked RUCKER if he remembered being read his rights the last time he was arrested. RUCKER indicated that he knows his rights and he remembers being read his rights per Miranda during the last interview with SA Ogg. SA Ogg advised that he would read him his rights again to ensure he still understands his rights.

14. SA Ogg read RUCKER his rights per Miranda. RUCKER indicated that he understood his rights and was willing to speak to SA Ogg. At the time of the Miranda rights advisement, RAC Rustin Wayas, SA Clayton Gum, SA Cole Jones and SA Excell were present in the room.

15. RUCKER spoke to SA Ogg about many different topics. The consensually recorded communications are summarized below, those summaries do not include references to all statements made by the speakers on the topics that are described. SA Ogg has reviewed the recording to complete this report. SA Ogg noted that the recorder he was using was inadvertently turned off for portions of the interview. SA Ogg realized that the recorder had been turned off and turned it back on. The following is a summarized account of the interview.

16. SA Ogg asked RUCKER about the 6.4 grams of cocaine that was in his pocket at the time of his arrest. RUCKER explained the cocaine was personal use and that there was approximately 5 grams inside the small plastic bag.

17. SA Ogg asked about the plastic Glock machinegun switch, RUCKER admitted that the plastic Glock machinegun switch belonged to him and that he intended to place the Glock machine gun switch onto his Glock pistol but advised that it did not fit his Glock model.

18. RUCKER also admitted that he was in possession of the metal Glock machinegun switch but claimed that it belonged to a friend. RUCKER admitted to owning the Glock, Model: 29Gen4, Caliber 10, S# BSRR472 and magazines that he admitted was located within the Louis Vuitton bag in the master bedroom. RUCKER also admitted to owning the Smith and Wesson, Model: M&P 15-22P, Caliber 22, Serial# WAA1541 that was located under the bed in the master bedroom. RUCKER also admitted to owning the 307 rounds of ammunition located within the master bedroom.

19. SA Ogg asked RUCKER if he would consent to ATF Agents retrieving the aforementioned items of evidence. RUCKER advised that ATF Agents could retrieved the items.

20. RUCKER was taken to SA Ogg's vehicle and placed in transportation restraints. SA Ogg and SA Gum transported RUCKER from [redacted], Laughlin, NV to the Henderson Jail located in Henderson, NV.

21. While in route to the Henderson Jail, RUCKER again admitted to being in possession of approximately 7 grams of cocaine. RUCKER also added that if he did something wrong, he is willing to except the consequences.

22. RUCKER confirmed that CONLIN did not purchase the Glock, Model: 29Gen4, Caliber 10, Pistol, S# BSRR472 or the Smith and Wesson, Model: M&P 15-22P, Caliber 22, Rifle, Serial# WAA1541 that were in his residence. RUCKER advised that every time ATF agents have come to his residence, he has never had more than 2 or 3 firearms at a time.

23. SA Ogg asked about the Glock, Model: 29Gen4, Caliber 10, S# BSRR472. RUCKER explained that he purchased the firearm from a friend who leaves near his residence in Laughlin, NV. RUCKER advised that his friend (who he declined to name) was already in possession of the firearm and that he purchased it from his friend for $400 for home protection.

24. RUCKER then explained that he purchased the Smith and Wesson, Model: M&P 15-22P, Caliber 22, Serial# WAA1541 approximately 1 month prior from a different friend for approximately $150.

25. SA Ogg asked about the plastic Glock machinegun switch that was in RUCKER'S pocket. RUCKER explained that he purchased the plastic Glock machinegun switch for $100 with the intent to turn his Glock pistol into a machinegun. However, RUCKER owns a 10 mm Glock pistol, and the plastic Glock machinegun switch did not fit his Glock pistol.

26. RUCKER advised that he borrowed a friend's metal Glock machinegun switch to see if that would make his Glock fire like a regular machinegun. RUCKER explained that the metal Glock machinegun switch also would not fit on his Glock 10mm.

27. RUCKER added that he has experience with converting other types of firearms such as AK-47 and AR-15 variant firearms into machineguns. RUCKER added that he knows how to convert and AR-15 type firearm into a machinegun using a coat hanger.

28. RUCKER admitted to being in possession of several hundred rounds of ammunition of various type and calibers. RUCKER added that purchased FN57 ammunition to shoot with a friend and it cost $190 a box.

29. SA Ogg and SA Gum allowed RUCKER to smoke a cigarette before going into the jail. SA Ogg asked RUCKER if he could make a phone call and purchase additional Glock machinegun switches. RUCKER confirmed that he has criminal contacts that have access to large amounts of narcotics and illegal firearms.

30. ATF Agents booked RUCKER into the Henderson Jail without further incident.

31. The recorded interview was downloaded and entered into ATF evidence as Item #70.

**ATTACHMENTS:**

- Recordings of interview